CRIMINAL COMPLAINT

# United States District Court

| | |
|---|---|
| **United States of America**<br>v.<br>Maria De Lourdes DE LA CRUZ-Diaz<br>Year of Birth: 1960 A041 396 234<br>Citizen of: Mexico<br>BP Case Control #: TCA-0902-0773 | DISTRICT of ARIZONA<br>DOCKET NO.<br>MAGISTRATE'S CASE NO.<br>09-01560M |

FILED ___ LODGED<br>RECEIVED ___ COPY<br>FEB 13 2009<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY ___ DEPUTY

**Complaint for violation of Title 8 United States Code § 1326**

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about February 11, 2009, at or near Tucson, Arizona, in the District of Arizona, Maria De Lourdes DE LA CRUZ-Diaz, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on May 24, 2001, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326 (b) (2).

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:

Maria De Lourdes DE LA CRUZ-Diaz is a citizen of Mexico. On May 24, 2001, Maria De Lourdes DE LA CRUZ-Diaz was lawfully denied admission, excluded, deported, and removed from the United States through El Paso, Texas. On February 11, 2009, agents found DE LA CRUZ-Diaz in the United States at or near Tucson, Arizona. DE LA CRUZ-Diaz did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE

Border Patrol Agent(s) **Paul Grover**

| | |
|---|---|
| AUTHORIZED BY AUSA<br>DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Senior Patrol Agent |

**Sworn to before me and subscribed in my presence,**

| | |
|---|---|
| SIGNATURE OF MAGISTRATE (1) | DATE<br>**February 13, 2009** |

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AO 91 (Rev. 11/82)